# Susan E. Rizos
*Attorney at Law*

22-55 31st Street, Ste. 206B
Astoria, New York 11105

Tel (718) 777-5750
Fax (718) 777-5756

July 16, 2023

Honorable Dora Lizette Irizarry
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Irizarry:

> **Re: Wilmington PT Corp. V Bonilla et al**
> **Docket No.: 19-cv-02684**

As you know, I am the Referee appointed in this case. I am writing to provide you with a status report which you had requested be filed by July 14th.

I previously advised the Court that the sale was held on May 11th and the property was sold to a third party.

Since the sale, I spoke with Plaintiff's attorney once, not long after the sale took place. Since that date, however, I have heard nothing further. I have reached out to Plaintiff's attorney twice by email to request a status and expected closing date but to date have not received a response.

I have not heard from the bidder or his attorney at all.

I fully expected the closing to have been completed by this time, however, to my knowledge it has not yet been scheduled.

Unfortunately, I do not have any further information to advise the Court at this time.

Sincerely,

Susan E. Rizos, Esq.

/ser